UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WAKS,<br><br>   Plaintiff,<br><br> v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:22-cv-02167-KJM-JDP<br><br>**ORDER GRANTING JOINT MOTION RE AN EXTENSION OF DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date Action Filed: December 6, 2022 |

1 | Upon consideration of the parties' Joint Motion Re an Extension of Defendant's Time to Respond to the Complaint, and for good cause appearing, the Court hereby GRANTS the Joint Motion. Defendant shall have until February 3, 2023 to answer or otherwise respond to the Complaint.

This order resolves ECF No. 9.

IT IS SO ORDERED.

DATED: December 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE