

# United States District Court
# Eastern District of California

| Stephen Waks |
|---|
Plaintiff(s)

V.

| Metropolitan Life Insurance Company |
|---|
Defendant(s)

Case Number: 2:22-cv-02167

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeffrey A. Zachman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Metropolitan Life Insurance Company

On 12/03/2010 (date), I was admitted to practice and presently in good standing in the State of Georgia [see also addendum] (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
On April 21, 2023, I previously made a pro hac vice application to this court – in this same case. The application was denied four days later. This revised application seeks to be a remedy.

Date: 06/28/2023            Signature of Applicant: /s/ *(signature)*

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeffrey A. Zachman |
| Law Firm Name: | Dentons US LLP |
| Address: | 303 Peachtree Street, NE, Suite 5300 |
| City: | Atlanta   State: GA   Zip: 30308-3265 |
| Phone Number w/Area Code: | (404) 527-4000 |
| City and State of Residence: | Atlanta, GA |
| Primary E-mail Address: | jeffrey.zachman@dentons.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael J. Duvall |
| Law Firm Name: | Dentons US LLP |
| Address: | 601 S. Figueroa Street, Suite 2500 |
| City: | Los Angeles   State: CA   Zip: 90017 |
| Phone Number w/Area Code: | (213) 623-9300 |
| Bar #: | CA SBN 276994 |

**ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 5, 2023

_/s/_ CHIEF UNITED STATES DISTRICT JUDGE

## ADDENDUM / DECLARATION OF JEFFREY A. ZACHMAN

Pursuant to 28 U.S.C. § 1746, I make the following declaration in connection with my pro hac vice application:

1. I have been admitted to the following courts on the dates indicated:

    - State of Georgia:  December 3, 2010
    - Georgia Court of Appeals: October 27, 2016
    - Supreme Court of Georgia: October 7, 2013
    - U.S.D.C., Northern District of Georgia: November 27, 2012
    - U.S.D.C., Middle District of Georgia: May 12, 2016
    - U.S.D.C., Eastern District of Michigan: December 13, 2016
    - U.S. Court of Appeals, Sixth Circuit: May 16, 2017
    - U.S. Court of Appeals, Ninth Circuit: May 4, 2016
    - U.S. Court of Appeals, Tenth Circuit: April 16, 2021
    - U.S. Court of Appeals, Eleventh Circuit: April 25, 2016

2. I am not currently suspended or disbarred in any court.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 28, 2023

_____
Jeffrey A. Zachman



*Lawyers Serving the Public and the Justice System*

**Mr. Jeffrey Allen Zachman**
**Dentons US LLP**
**303 Peachtree Street NE Suite 5300**
**Atlanta, GA  30308**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 12/03/2010 |
| **BAR NUMBER:** | 254916 |
| **TODAY'S DATE:** | 06/28/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435